RECEIVED
CP
2/3/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Gabriel Smith

None

None

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Case No: 1:21-CV-00633
(To be supplied by the Clerk of this Court)

JUDGE JOHN Z. LEE
MAGISTRATE JUDGE M. DAVID WEISMAN
PC5

Ryan Shaw # 154

G. Mantis

Douglas Palmer # 255

City of Joliet

None

None

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

X **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I. Plaintiff(s):**

A. Name: Gabriel Smith

B. List all aliases: None

C. Prisoner identification number: 2020-3781

D. Place of present confinement: Will County Adult Detention Facility (WCADF)

E. Address: 95 south Chicago street Joliet, Illinois 60436

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Ryan Shaw # 154

Title: Police Officer, employee

Place of Employment: City of Joliet Police Department

B. Defendant: G. Mantis

Title: Detective, employee

Place of Employment: City of Joliet Police Officer

C. Defendant: Douglas Palmer # 255

Title: Police Officer, employee

Place of Employment: City of Joliet Police Department

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Defendants List continued

D. Defendant: City of Joliet
   Title: Municipality, employer
   Place of employment: Joliet, Illinois

Defendants Addresses

Ofc. Shaw, Det. Mantis, Ofc. Palmer, 150 west Washington street Joliet, Illinois 60432.

City of Joliet, 150 west Jefferson street Joliet, Illinois 60432.

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: None other than the lawsuits I just sent in.

B. Approximate date of filing lawsuit: None other than the lawsuit I just sent in.

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: None other than the lawsuits I just sent in.

D. List all defendants: None other than the lawsuits I just sent in.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): None other than the lawsuits I just sent in.

F. Name of judge to whom case was assigned: None

G. Basic claim made: Fourth Amendment Violations, False Imprisonment, False Arrest, Malicious Prosecution, Due Process Violations, Unconstitutional Confinement After Legal Process Began, Failure To Intervene

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Nolle Prosequi on trial day. No complaining witness.

I. Approximate date of disposition: October 30, 2019

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## STATEMENT OF FACTS

On August 23, 2019 in the scope of each employment to City of Joliet (Joliet), Joliet Police Officer Ryan Shaw # 154 (Ofc. Shaw) and Joliet Police Officer Douglas Palmer # 255 (Ofc. Palmer) created Joliet Police Department CASE REPORT # J1-19-0013221-001, knowingly using false information. Reporting falsely that I, Plaintiff, Gabriel Smith, committed count I Domestic Battery 720 ILCS 5/12-3.2(a)(2) and (b), count II Domestic Battery 720 ILCS 5/12-3.2(a)(2) and (b), Will County Case # 2019-CM-1811 Two crimes that I did not commit.

On August 23, 2019 either Ofc. Shaw or Ofc. Palmer were present with realistic opportunities to stop this railroading abuse of justice, to protect me and my Constitutional Rights. Instead of stopping it, both aided it to obtain false criminal charges against me.

On August 27, 2019 Joliet Police Detective G. Mantis (Det. Mantis), in the scope of his employment to Joliet, created and signed a CRIMINAL COMPLAINT, initiating false charges against me, count I Domestic Battery 720 ILCS 5/12-3.2(a)(2) and (b), count II Domestic Battery 720 ILCS 5/12-3.2(a)(2) and (b). Trumped up crimes that I did not commit.

On August 23, 2019 in the scope of his employment to Joliet Ofc. Shaw detained, arrested and took me into custody based upon fabricated crimes.

On August 24, 2019 I appeared in Will County Court from jail, at the first court date, Will County Case # 2019-CM-1811. Ofc. Shaw and Ofc. Palmer lies that I committed count I Domestic Battery 720 ILCS 5/12-3.2(a)(2) and (b), count II Domestic Battery 720 ILCS 5/12-3.2(a)(2) and (b), were used to convince the judge to find probable cause to continue confining me until this case is over. Again, crimes that I did not do.

On October 30, 2019 the falsely created charges, count I Domestic Battery 720 ILCS 5/12-3.2(a)(2) and (b), count II Domestic Battery 720 ILCS 5/12-3.2(a)(2) and (b), Will County Case # 2019-CM-1811 went to trial. Where the trumped up charges were nolle prosequied for no complaining witness.

I was incarcerated for approximately sixty nine (69) days and strip searched approximately six (6) times defending myself. Humiliating experiences the innocent should not be forced to endure to exonerate myself against falsely created charges.

At all times relevant to this Complaint, I was detained, arrested, incarcerated and unlawfully confined after legal process began against my will.

I believe this to be a meritorious action.

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

City of Joliet, two million dollars with punitive damages.

Ofc. Shaw, Det. Mantis, Ofc. Palmer, two million dollars in each official capacity, with punitive damages.

Ofc. shaw, Det. Mantis, Ofc. Palmer, two million dollars in each individual capacity, with punitive damages.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 1 day of 26, 2021

[signature]

None
(Signature of plaintiff or plaintiffs)

Gabriel Smith
(Print name)

2020-3781
(I.D. Number)

WCADF

95 south Chicago street

Joliet, Illinois 60436
(Address)

# AFFIDAVIT

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, John V. Norris certifies that the statements set forth in this affidavit are true and correct, except as to matters therein stated to be on information and belief and as to such matters John V. Norris certifies as aforesaid that he verily believes the same to be true.

1. I, John V. Norris, prepared this 42 USC Lawsuit and everything with it for Gabriel Smith.

John V. Norris
/s/John V. Norris

DATE: Jan - 25 - 2021.

United States District Court
Clerk's Office
Chicago, Illinois

January 26, 2021

RE: Forms request and Notice to Clerk's Office.

To whom it may concern.

Will you please quickly mail me four Informa Pauperis Application with four Motions To Appoint Counsel. So that I can complete filing my lawsuits.

**Notice to Clerk's Office.** Enclosed are three separate lawsuits. Three, not one nor two but three separate lawsuits. Please treat my three lawsuit separately?

My friend John V. Norris paid postage to mail my three separate and distinct lawsuits in for me. His name appears on the envelope. Any/all responses from the Court surely must come to me, Plaintiff in all three lawsuits, Gabriel Smith.

Please send any/all responses to me at: Gabriel Smith # 20-3781 Will County Adult Detention Facility 95 south Chicago street Joliet, Illinois 60436. Thank you for your time and efforts.

/s/Gabriel Smith

1:21-CV-00633

JUDGE JOHN Z. LEE

MAGISTRATE JUDGE M. DAVID WEISMAN

PC5

PRESS FIRMLY TO SEAL

PRIORITY® ★ MAIL ★

DATE OF DELIVERY SPECIFIED*

USPS TRACKING™ INCLUDED*

INSURANCE INCLUDED*

02/03/2021-34

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

RECEIVED

FEB 03 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$8.25
US POSTAGE
Legal Flat Rt Env

9405 5036 9930 0257 8611 70 0082 5000 0016 0604

02/01/2021 Mailed from 60436 062S0000001308

PRIORITY MAIL 1-DAY™

JOHN NORRIS
WILL COUNTY ADULT DETENTION
FACILITY
95 S CHICAGO ST
JOLIET IL 60436-1745

Expected Delivery Date: 02/02/21

0026

SHIP TO:

U.S. DISTRICT COURT
219 S DEARBORN ST
CHICAGO IL 60604-1702

C005

INSPECT UNITED MARSHALS

USPS TRACKING #

9405 5036 9930 0257 8611 70

Electronic Rate Approved #038555749

PS00001000060

Legal Flat Rate Envelope
EP14L February 2014
OD: 15 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PRIORITY MAIL FLAT RATE
ANY WEIGHT, SIZE POSTAGE